Hyme Lipsker, appellee, v. David Bramson, appellant. Gen. No. 26,108.

Action to recover for a shortage of goods bought from and shipped by defendant to plaintiff. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Harry C. Moran, Judge,

presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 17, 1921.

Morris K. Levinson, for appellant. Haase, Hanley & Howard, for appellee.

Mr. Justice McSurely delivered the opinion of the court.